493 P.2d 958

STATE of New Mexico, Respondent,

v.

Jessie CLARK, Petitioner.

No. 9395.

Supreme Court of New Mexico.

Jan. 25, 1972.

Further ordered that the record in Court of Appeals Cause No. 772, 83 N.M. 484, 493 P.2d 969, be and the same is hereby returned to the Clerk of the Court of Appeals.

493 P.2d 958

Ernie J. PAGE and Santiago M. Sanchez, Petitioners,

v.

STATE of New Mexico, Respondent.

No. 9415.

Supreme Court of New Mexico.

Feb. 9, 1972.

Further ordered that the record in Court of Appeals Cause No. 724, 83 N.M. 487, 493 P.2d 972, be and the same is hereby returned to the Clerk of the Court of Appeals.

493 P.2d 958

Velda HOLCOMB et al., Petitioners,

v.

William POWER, Jr., Respondent.

No. 9414.

Supreme Court of New Mexico.

Feb. 9, 1972.

Further ordered that the record in Court of Appeals Cause No. 734, 83 N.M. 496, 493 P.2d 981, be and the same is hereby returned to the Clerk of the Court of Appeals.

493 P.2d 958

Paul GARCIA, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9416.

Supreme Court of New Mexico.

Feb. 16, 1972.

Further ordered that the record in Court of Appeals Cause No. 690, 83 N.M. 490, 493 P.2d 975, be and the same is hereby returned to the Clerk of the Court of Appeals.